Argued September 20, dismissed for want of jurisdiction
September 23, 1974

BRUCE HUSS, *Petitioner, v.* OREGON STATE
PENITENTIARY (No. 3420 04-74-093),
*Respondent.*
526 P2d 491

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Scott McAlister,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and TANZER, Judges.

PER CURIAM.

DISMISSED FOR WANT OF JURISDICTION.